# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:15-cr-75-Orl-31GJK**

**JASON JERRY COCKRELL**

---

## ORDER

This cause comes before the Court on Defendant's Motion to Quash Warrant and Dismiss Violation of Probation Charges (Doc. 14) filed October 18, 2019.

On November 8, 2019, the United States Magistrate Judge issued a report (Doc. 20) recommending that the motion be denied. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    Defendant's Motion Quash Warrant and Dismiss Violation of Probation Charges (Doc. 14) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant